UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: ) | | CASE NO. 10-13868 |
| ) | | |
| Michael Anthony Steele ) | | CHAPTER 7 |
| ) | | |
| DEBTOR(S). ) | | JUDGE HOPKINS |

**NOTICE OF MOTION TO DISMISS**

NOTICE IS HEREBY GIVEN that the Office of the United States Trustee ("UST") has filed a Motion to Dismiss the above captioned case under 11 U.S.C. § 707, and Federal Rules of Bankruptcy Procedure 1017, because the Debtor obtained a discharge within 8 years of the filing of this case. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or **before twenty-one (21) days from the date set forth in the certificate of service for the motion,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 221 East Fourth Street, Suite 800, Cincinnati, Ohio 45202, OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the date above. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to Douglas N. Hawkins, Esq., 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further notice or hearing.

If you would like a copy of the underlying Motion to Dismiss, please request such in

1

writing to Douglas N. Hawkins, Esq., Attorney for the U.S. Trustee, 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202, or by telephone at: (513) 684-6988.

Pursuant to Fed. R. Bankr. P. 4004(c), discharge is stayed pending the conclusion of this Motion.

Dated: June 16, 2010                Daniel M. McDermott
                                    United States Trustee
                                    Region 9


                            By:     /s/ Douglas N. Hawkins
                                    Douglas N. Hawkins (#0038585)
                                    Attorney for the U.S. Trustee
                                    36 East Seventh Street, Suite 2030
                                    Cincinnati, Ohio 45202
                                    (513) 684-6988
                                    Fax (513) 684-6994
                                    doug.hawkins@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, a copy of the foregoing NOTICE OF MOTION OF UNITED STATES TRUSTEE TO DISMISS CHAPTER 7 CASE was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court:

Pamela Irene Theodotou, Esq.
Thomas J. Geygan, Sr., Esq.

and on the following by ordinary U.S. Mail:

   Michael Anthony Steele
   7506 Falls Ride LN
   West Chester, Ohio 45069


All creditors listed on the matrix to be served by BNC.

                            By:     /s/ Douglas N. Hawkins
                                    Douglas N. Hawkins