**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: July 13, 2010**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In Re: | ) | Case Number 1:10-bk-13868 |
| | ) | |
| Michael Anthony Steele | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | **Hon. Jeffery P. Hopkins** |
| Debtor. | ) | **U.S. Bankruptcy Judge** |

## ORDER DISMISSING CHAPTER 7 CASE

This matter is before the Court on the Motion of the United States Trustee to Dismiss Chapter 7 Case (Doc. #10), filed on June 16, 2010. There being no responses or objections filed to the Motion to Dismiss, it is hereby ordered that the Motion of the United States Trustee is granted and this case is dismissed.

IT IS SO ORDERED.

Copies to:

All creditors and parties in interest.

###